## DONAHUE v. MARIPOSA LAND & M. CO.*

### No. 8263; October 15, 1884.

#### 4 Pac. 881.

Appeal.—Where No Index is Prefixed to the Transcript, the court, under the rule, is authorized to dismiss the appeal.

APPEAL from the Superior Court of the City and County of San Francisco.

Heydenfeldt, Brumagim & McAllister & Bergin for appellant; Winans, Belknap & Godoy and Doyle, Barber, Galpin & Scripture for respondents.

---

*For subsequent opinion in bank, see Donohue v. Mariposa L. & M. Co., 66 Cal. 317, 5 Pac. 495.

By. the COURT.—No index is prefixed to the transcript, which contains over eight thousand folios. Under the rule the court is authorized to dismiss the appeal, but the submission of the cause is set aside, with leave to appellants to prepare and print proper index, to be prefixed to each copy of transcript within ten days.